IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JACKIE PECK<br><br>Plaintiff,<br><br><br><br>vs.<br><br><br><br>MIDLAND FUNDING, LCC and JOHNSON MARK, LLC<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' MOTION TO STRIKE EXHIBIT C TO THE MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br><br><br><br><br>Case No. 2:11-CV-611 TS |

This matter is before the Court on Defendants' Motion to Strike Exhibit C to the Memorandum in Support of Plaintiff's Motion for Summary Judgment.[1] Defendant argues that this exhibit is irrelevant to the instant matter and is highly prejudicial pursuant to Rule 403.[2] Rule 403 states "[t]he court may exclude relevant evidence if its probative value is substantially outweighed by a danger of . . . unfair prejudice." This rule provides no basis for striking the exhibit from the pleadings. The Court is capable of excluding irrelevant or prejudicial evidence

---

[1] Docket No. 25.

[2] Fed. R. Evid. 403.

1

from its own consideration, and if this case proceeds to trial, Defendants' may file a motion in limine to exclude evidence at that time.

Based on the foregoing, it is hereby

ORDERED that Defendants' Motion to Strike Exhibit C to the Memorandum in Support of Plaintiff's Motion for Summary Judgment (Docket No. 25) is DENIED.

DATED   March 27, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge