IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JACKIE PECK<br><br>    Plaintiff,<br><br><br><br>vs.<br><br><br>MIDLAND FUNDING, LCC and JOHNSON MARK, LLC<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S RESPONSE TO ANSWER TO AMENDED COMPLAINT<br><br><br><br>Case No. 2:11-CV-611 TS |

This matter is before the Court on Defendants' Motion to Strike Plaintiff's Response to Answer to Amended Complaint.[1] While the Court may order a reply to an answer under rule 7(a)(7),[2] it has not done so in this case. Therefore, the Court finds that Plaintiff's filings are not permitted pleadings.[3] Plaintiff is free to re-file any of the exhibits filed with her Response as exhibits to another memorandum or motion.

Based on the foregoing, it is hereby

---

[1] Docket No. 17.

[2] Fed. R. Civ. P. 7(a)(7).

[3] Although Defendants have only requested that the Response at Docket No. 16 be stricken, the Court will strike the Response at Docket No. 10 on the same grounds.

1

ORDERED that Defendants' Motion to Strike Plaintiff's Response to Answer to Amended Complaint (Docket No. 17) is GRANTED.

DATED   March 27, 2012.

BY THE COURT:

_____
TED STEWART
United States District Judge